

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00043-CV

---

INTERIM HEALTHCARE, INC., APPELLANT

V.

FALCON HEALTHCARE, INC., BROWNWOOD HOSPICE LP, GREAT PLAINS HOSPICE LP, WACO HOSPICE LP, PERMIAN BASIN HOSPICE LP, GRANBURY HOSPICE LP, BAYOU HOMECARE LP, CAPITAL HOMECARE LP, LEVELLAND HOSPICE LP, FALCON PANHANDLE HOSPICE LP, PLAINVIEW HOSPICE LP, FALCON HOLDINGS LTD, INTERIM HEALTHCARE OF WEST TEXAS, LLC, CENTRAL TEXAS HOMECARE, LLC, NEW MEXICO HEALTHCARE SERVICES, LLC, AND J. BRANDON DURBIN, APPELLEES

---

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2021-CV-0440, Honorable Les Hatch, Presiding

---

October 3, 2024

## MEMORANDUM OPINION

### Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Interim Healthcare, Inc., appeals from the trial court's *Final Judgment*. Now pending before this Court is "Appellant's Unopposed Motion to Remand by Agreement" and the parties' "Agreement to Remand." According to these filings, the parties have executed a confidential settlement agreement and request that this Court

vacate the trial court's judgment and remand the case for rendition of a judgment in accordance with the settlement agreement.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion, set aside the judgment of the trial court without regard to the merits, and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement. As requested by the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). Having set aside the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

2